**CT Corporation**

**Service of Process Transmittal**
01/02/2019
CT Log Number 534666503

| | |
|---|---|
| **TO:** | William Woodbury, First Vice President, Secretary & Gene<br>AUTO-OWNERS INSURANCE COMPANY<br>6101 Anacapri Blvd<br>Lansing, MI 48917-3968 |
| **RE:** | **Process Served in Virginia** |
| **FOR:** | OWNERS INSURANCE COMPANY (Domestic State: OH) |

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | MIDLOTHIAN ENTERPRISES, INC., Pltf. vs. OWNERS INSURANCE COMPANY, Dft. |
| **DOCUMENT(S) SERVED:** | Letter(s), Complaint, Notice(s), Attachment(s) |
| **COURT/AGENCY:** | Henrico County Circuit Court, VA<br>Case # 087CL1800723500 |
| **NATURE OF ACTION:** | Insurance Litigation |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Glen Allen, VA |
| **DATE AND HOUR OF SERVICE:** | By Process Server on 01/02/2019 at 12:15 |
| **JURISDICTION SERVED:** | Virginia |
| **APPEARANCE OR ANSWER DUE:** | Within 21 days |
| **ATTORNEY(S) / SENDER(S):** | JOHN A. CONRAD<br>THE CONRAD FIRM<br>1520 WEST MAIN STREET<br>SUITE 204<br>RICHMOND, VA 23220<br>804-359-6062 |
| **ACTION ITEMS:** | CT has retained the current log, Retain Date: 01/03/2019, Expected Purge Date: 01/08/2019<br><br>Image SOP<br><br>Email Notification, William Woodbury  woodbury.bill@aoins.com<br><br>Email Notification, Lance Arnott  SOPVerification@wolterskluwer.com |
| **SIGNED:**<br>**ADDRESS:**<br><br>**TELEPHONE:** | C T Corporation System<br>4701 Cox Road<br>Suite 285<br>Glen Allen, VA 23060<br>804-217-7255 |

Page 1 of  1 / MS

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action. Signatures on certified mail receipts confirm receipt of package only, not contents.


EXHIBIT B