VIRGINIA:

IN THE CIRCUIT COURT FOR THE COUNTY OF HENRICO

MIDLOTHIAN ENTERPRISES, INC.,

    Plaintiff,

v.                                                   Case No. CL18-7235-00

OWNERS INSURANCE COMPANY,

    Defendant.

## NOTICE OF FILING REMOVAL

**TO:**    The Honorable Heidi S. Barshinger, Clerk
Circuit Court for the County of Henrico
P.O. Box 90775
Henrico, VA 23273-0775

PLEASE TAKE NOTICE that Defendant Owners Insurance Company has filed with the United States District Court for the Eastern District of Virginia, Richmond Division, a Notice of Removal of this case to said United States District Court. A copy of that Notice is attached hereto. Pursuant to 28 U.S.C. § 1446(6), no further action should be taken in state court unless and until the action is remanded.

                                                                         **OWNERS INSURANCE COMPANY**

                                                                            By Counsel

_____
Stanley P. Wellman (VSB No. 27618)
Laura Lee Miller (VSB No. 89412)
Harman, Claytor, Corrigan & Wellman
P.O. Box 70280
Richmond, Virginia 23255
804-747-5200 - Phone
804-747-6085 - Fax
swellman@hccw.com
lmiller@hccw.com

## CERTIFICATE

I hereby certify that a true copy of the foregoing was mailed this 22nd day of January, 2019 to:

    John A. Conrad, Esq.
    VSB No. 17640
    TheConradFirm, P.C.
    1520 West Main Street, Suite 204
    Richmond, VA 23220
    804-359-6062 - Phone
    804-359-6064 - Fax
    jconrad@theconradfirm.com

_____
Laura Lee Miller