IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MIDLOTHIAN ENTERPRISES, INC.,
    Plaintiff,

v.                                                                                        Civil Action No. 3:19-cv-51

OWNERS INSURANCE COMPANY,
    Defendant.

## ORDER

This matter comes before the Court on Midlothian Enterprises, Inc.'s ("Midlothian"), motion for summary judgment (Dk. No. 9), and Owners Insurance Company's ("Owners") motion for summary judgment (Dk. No. 11). For the reasons stated in the accompanying Opinion, the Court GRANTS Owners' motion (Dk. No. 11) and DENIES Midlothian's motion (Dk. No. 9). The Court DIRECTS the Clerk to close the case.

It is so ORDERED.

Let the Clerk send a copy of this Order to all counsel of record.

Date: 20 February 2020
Richmond, VA

/s/
John A. Gibney, Jr.
United States District Judge